IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYMOND L. CRAWFORD, | ) | 8:09CV66 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SUZAN VAN HORN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On March 25, 2009, the Clerk of the court sent a Memorandum and Order (filing no. 6) to Plaintiff at his last known address. On March 30, 2009, that document was returned to the court as undeliverable, and no forwarding information was provided. (Filing Nos. 7 and 8.)

Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until May 4, 2009, to apprise the court of his current address, in the absence of which this case will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: May 4, 2009: deadline for informing court of new address.

April 3, 2009.                    BY THE COURT:

                                  *s/Richard G. Kopf*
                                  United States District Judge